UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEZHEN LIU, also known as JENNIFER LIU,

Plaintiff,

-against-

NEW YORK-PRESBYTERIAL HOSPITAL; GRACIE SQUARE HOSPITAL,

Defendants.

1:25-CV-10843 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Lezhen Liu, also known as Jennifer Liu, who appears *pro se*, has filed a motion for permission for electronic case filing. (ECF 4.) In addition, she has filed, in this action, and in other actions that she has brought in this court, what appears to be an application for immediate injunctive relief in which she asks the Court to hold:

> the City of New York and . . . [former] Mayor Adams' administration[] in contempt of this [c]ourt for the continuing unconstitutional acts, retaliatory conduct, and deliberate, flagrant defiance of the authority of this [c]ourt, which originated under Mayor Eric Adams' administration and continue[s] under the current Mayor's administration without material change, correction, or repudiation.

(ECF 9) (referred to hereafter as "OTSC').

Plaintiff asserts, in her motion for permission for electronic case filing, that she completed the associated CM/ECF introduction course on December 29, 2025. But the Court has no record of her completing that course. The Court therefore denies that motion without prejudice to Plaintiff's filing another such motion after she has completed that course.

The Court denies Plaintiff's OTSC because it has nothing to do with the present action. The Court denies it without prejudice to Plaintiff's seeking such relief in her other actions brought in this court.

The Court therefore directs the Clerk of Court to terminate ECF 4 and ECF 9.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 18, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge